```
Tania L. Whiteleather
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Suite 207
Lakewood, CA 90712
tel (562) 866-8755
fax (562) 866-6875
St. Bar No. 141227

Attorney for Plaintiffs
```

**FILED**

APR 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MILLER, by and through his Guardian Ad Litem, LARRY MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>SAN MATEO-FOSTER CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C 03 3383 ~~EMC~~ MHP<br><br>STIPULATION OF DISMISSAL |

The parties to this matter have reached a settlement of the only remaining claim- the claim for attorney's fees and costs for the underlying due process administrative hearing, Case No. SN 03-3383.

The case is now resolved, and the parties wish the Court to enter an order of dismissal.

Dated: March 30, 2005

By: _____/s/_____
TANIA L. WHITELEATHER
Attorney for Plaintiffs

Dated: March 30, 2005

By: _____/s/_____
DIANE FINKELSTEIN
Attorney for Defendant

**ORDER**

Upon stipulation by the parties that all issues, including that of attorney's fees and costs, have been resolved, and upon request by the parties for dismissal, the Court hereby orders that this matter be dismissed with prejudice.

Dated: 4/22/05

_____
JUDGE OF THE FEDERAL COURT